AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

LATONIA THOMAS

V.

COUNTRY COTTAGE LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-CV-421-WKW

TO: (Name and address of Defendant)

COUNTRY COTTAGE
235 SYLVEST DRIVE
MONTGOMERY, AL 36117

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                              5-16-07

CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

LATONIA THOMAS

V.

JERRY SCOTT

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-cv-421-WKW

TO: (Name and address of Defendant)

JERRY SCOTT
COUNTRY COTTAGE
235 SYLVEST DRIVE
MONTGOMERY, AL 36117

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

K. ANDERSON NELMS
P.O BOX 5059
MONTGOMERY, AL 36103-5059

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                          5·16·07

CLERK                                                       DATE

(By) DEPUTY CLERK