## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| LATONIA THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) |
| | ) 2:07-CV-421-WKW |
| COUNTRY COTTAGE and | ) |
| JERRY SCOTT, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT COUNTRY COTTAGE'S
## MOTION FOR EXTENSION TO RESPOND TO COMPLAINT

Defendant Country Cottage moves this Court to extend the deadline for filing its response to the Complaint and Corporate Disclosures from Monday, June 11, 2007 until Wednesday, July 11, 2007 for the reasons set forth below. The undersigned has spoken to counsel for plaintiff Latonia Thomas, and she does not oppose extending the deadline until Friday, June 15, 2007. However, defendant is in need of additional time, and extending the deadline for 30 days will allow defendant to gather the facts necessary to respond to the Complaint and provide Corporate Disclosures. For the foregoing reasons, defendant moves the Court to extend the deadline for defendant to file its response to the Complaint and Corporate Disclosures from Monday, June 11, 2007 until Wednesday, July 11, 2007

Respectfully submitted,

*s/ Shannon L. Miller*
Thomas A. Davis (ASB-5877-S56T)
E-Mail:  DavisT@jacksonlewis.com
Shannon L. Miller (ASB-8026-R60S)
E-Mail:  MillerS@jacksonlewis.com
**JACKSON LEWIS LLP**
2001 Park Place North
Suite 650
Birmingham, Alabama 35203
Phone:  (205) 332-3100
Fax:  (205) 332-3131

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notification of such filing to the following:

Andy Nelms, Esq.
Law Offices of Jay Lewis, LLC
Post Office Box 5059
Montgomery, Alabama  36103

*s/ Shannon L. Miller*
OF COUNSEL