IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LATONIA THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV-421-WKW |
| | ) |
| COUNTRY COTTAGE and | ) |
| JERRY SCOTT, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Defendant Country Cottage's Motion for Extension to Respond to Complaint (Doc. # 4), it is ORDERED that the motion is GRANTED.  The deadline for Defendant Country Cottage to file an answer or other responsive pleading is extended from June 11, 2007, to **July 11, 2007.**

DONE this 8th day of June, 2007.

                            /s/  W. Keith Watkins
                            UNITED STATES DISTRICT JUDGE