# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| LATONIA THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | |
| | ) | 2:07-CV-421-WKW |
| COUNTRY COTTAGE and | ) | |
| JERRY SCOTT, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO DISMISS, OR IN THE ALTERNATIVE, JOINT MOTION TO STAY PENDING ARTBITRATION

Plaintiff Latonia Thomas and defendant Country Cottage move the Court to dismiss the complaint in this action, or in the alternative move the Court to stay the action pending arbitration. As grounds for this motion, the parties state as follows:

1. During plaintiff Thomas' employment with Country Cottage, the parties entered into an arbitration agreement that included arbitration of any potential claims related to Thomas' employment.

2. The parties are in agreement that the claims brought by plaintiff in this action are subject to arbitration and are beginning the process of arbitrating the claims.

Based on the foregoing, the parties respectfully request that the Court dismiss this action because the claims are subject to arbitration. In the alternative,

the parties request that the Court stay the action pending completion of the arbitration proceedings.

| ATTORNEY FOR PLAINTIFF: | ATTORNEYS FOR DEFENDANT: |
|---|---|
| *s/ Andy Nelms* | *s/ Shannon L. Miller* |
| Andy Nelms (ASB-6972-E63K) | Thomas A. Davis (ASB-5877-S56T) |
| E-Mail: andynelms@jaylewislaw.com | E-Mail: DavisT@jacksonlewis.com |
| Law Offices of Jay Lewis, LLC | Shannon L. Miller (ASB-8026-R60S) |
| 847 S. McDonough Street | E-Mail: MillerS@jacksonlewis.com |
| Montgomery, AL 36104 | Jackson Lewis LLP |
| Phone: (334) 263-7733 | 2001 Park Place North |
| Fax: (334) 832-4390 | Suite 650 |
| | Birmingham, Alabama  35203 |
| | Phone: (205) 332-3100 |
| | Fax:  (205) 332-3131 |